UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE GARCIA,<br><br>         Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>         Defendant. | Case No.: 3:18-cv-0105-CAB-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>**[Doc. No. 10]** |

  Having considered the parties' Joint Motion to Dismiss the above-captioned action with prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** the joint motion. [Doc. No. 10.] Accordingly, the Court **DISMISSES WITH PREJUDICE** all complaints and claims in this action. All parties are to bear their own attorneys' fees and costs. The Clerk of Court shall terminate the case.

  It is **SO ORDERED**.

Dated: May 4, 2018

                     Hon. Cathy Ann Bencivengo
                     United States District Judge